# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>SEBASTIAN GONZALEZ-LOMELI (2)<br>,<br><br>      Defendant. | CASE NO. 10CR1202-DMS<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 6, 2010

_(signature)_
NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____